# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL METALS COMPANY and CMC STEEL FABRICATORS, INC. (d/b/a CMC REBAR),<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN DAVIS,<br><br>Defendant. | Case No. 5:23-cv-1404-AB-SP<br><br>[PROPOSED] ORDER RE STIPULATED PERMANENT INJUNCTION |

**WHEREAS**, on July 18, 2023, Plaintiffs Commercial Metals Company and CMC Steel Fabricators, Inc. (d/b/a CMC Rebar) (collectively, "CMC") filed the Complaint in this Action alleging claims for Violation of Title 18 U.S.C. Section 1836, *et seq.*, Violation of California Civil Code Section 3426, *et seq.*, Breach of Contract and Conversion against Defendant Steven Davis ("Davis"; Davis and CMC are referred to collectively herein as the "Parties");

**WHEREAS**, the Parties have reached a settlement of this matter in its entirety and wish to enter into, as a condition of that settlement, a Stipulated Permanent Injunction;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. Davis, including his, agents, servants, employees and attorneys, and all other persons in active concert or participation with Davis, are enjoined and restrained from using, disclosing or acquiring any of CMC's trade secrets or confidential, proprietary, or privileged information (the "Enjoined Material").

2. The Enjoined Material shall include the documents identified in Exhibit A to the Parties' Settlement Agreement, although Davis does not concede that any document identified in Exhibit A to the Parties' Settlement Agreement is CMC's trade secret, confidential, proprietary, or privileged information.

3. If Davis discovers any Enjoined Material in his possession, custody or control, he will undertake reasonable efforts to immediately notify CMC and will further undertake reasonable efforts to immediately return such Enjoined Material to CMC.

4. Counsel for CMC shall make reasonable efforts to meet and confer with Counsel for Davis at least 14 days prior to filing any contempt motion in an effort to avoid any motion for contempt or, if unable to avoid such motion, to narrow the issues in dispute.

**IT IS SO ORDERED.**

Dated: August 16, 2024

The Honorable André Birotte Jr.
UNITED STATES DISTRICT JUDGE