# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL METALS COMPANY and CMC STEEL FABRICATORS, INC. (d/b/a CMC REBAR),<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN DAVIS,<br><br>Defendant. | Case No. 5:23-cv-1404<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation by the parties, the Court dismisses this action with prejudice and without costs or fees to either party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement and Mutual Release as well as this dismissal.

**IT IS SO ORDERED.**

Dated: August 26, 2024

_____
The Honorable André Birotte Jr.
UNITED STATES DISTRICT JUDGE